UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-18-0961 |
| NORA ALANIZ | § | |

**GOVERNMENT'S MOTION TO DISMISS CRIMINAL INFORMATION WITHOUT PREJUDICE AGAINST DEFENDANT NORA ALANIZ**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America through Ryan K. Patrick, United States Attorney in and for the Southern District of Texas, and respectfully requests to dismiss the above-captioned and numbered Criminal Information without prejudice with respect to defendant Nora Alaniz for the reason that the defendant Nora Alaniz wishes not to proceed by criminal information.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

*/s/ Marian Swanberg*
Marian Swanberg
Special Assistant United States Attorney
1701 West Highway 83, Suite 600
McAllen, Texas 78501
(956) 630-3170

## CERTIFICATE OF CONSULTATION

On June 13, 2018, I spoke with Lara Silva, attorney for defendant Nora Alaniz, about the above mentioned motion and was advised that Lara Silva had no opposition to the Government's motion.

> */s/ Marian Swanberg*
> Marian Swanberg
> Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of June 2018, a copy of this motion to dismiss criminal information without prejudice was mailed, hand-delivered, or e-mailed via ECF to Lara Silva, attorney for defendant.

> */s/ Marian Swanberg*
> Marian Swanberg
> Special Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | CRIMINAL NO. M-18-0961 |
| | § | |
| NORA ALANIZ | § | |

**ORDER GRANTING GOVERNMENT'S REQUEST TO**

**DISMISS CRIMINAL INFORMATION WITHOUT PREJUDICE**

On this date came on to be considered the Government's Motion to Dismiss Criminal Information against said Defendant without prejudice for the stated reason that the defendant Nora Alaniz wishes not to proceed by criminal information, and the Court hereby GRANTS said Motion.

It is, therefore,

ORDERED, ADJUDGED, and DECREED that the Criminal Information is hereby DISMISSED without prejudice against said Defendant.

It is further ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas, counsel for defendant, and counsel for the Government.

Signed at McAllen, Texas on this the _____ day of June, 2018.

MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE