AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE | United States District Court Southern District Of Texas FILED |
|---|---|

| Service was made by me on:[1] | Date NORA ALANIZ (7:18-CR-961) | MAY 06 2020 |

Check one box below to indicate appropriate method of sDavid J. Bradley, Clerk

☒ Served personally upon the defendant at: *1701 W. Business Hwy 83 McAllen, TX*

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____5/31/18_____
Date

*Gary Blankenship.*
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.